# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**SADIOUS E. K. LEWIS**                                                   **PLAINTIFF**
**#2012418**

V.                    NO. 2:25-cv-179-DPM-ERE

**NATHANIEL JOHNSON**                                        **DEFENDANT**

## ORDER

*Pro se* plaintiff Sadious E. K. Lewis, an inmate at the Crittenden County Detention Facility, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*. Mr. Lewis' complaint alleges that, on July 27, 2025, Defendant Nathaniel Johnson used excessive force against him.[1] *Doc. 2*. He sues Defendant Johnson in both his individual and official capacity seeking monetary and injunctive relief.

For screening purposes, Mr. Lewis has stated an excessive force claim against Defendant Lewis in his individual capacity. Service is now proper for that claim.[2]

---

[1] In his complaint, Mr. Lewis indicates that he is a pre-trial detainee, a convicted prisoner, and in jail for other reasons. *Doc. 2 at 10*. However, he also explains that he is being held for a parole violation. *Id.* As a result, at this time, the Court will analyze Mr. Lewis' claim under the Eighth Amendment. See *Sterling v. Taylor*, 2017 WL 1511296 (E.D. Ark. 2017) ("after conviction, the Eighth Amendment 'serves as the primary source of substantive protection . . . in cases . . . where the deliberate use of force is challenged as excessive and unjustified.'"). However, if Mr. Lewis was a pre-trial detainee at the time the events giving rise to this lawsuit occurred, he should promptly notify the Court so that the Court can properly analyze Mr. Lewis' claim.

[2] Screening is mandated by the Prison Litigation Reform Act, which requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion

The Court will address Mr. Lewis' official capacity claim in a separate Recommendation.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare a summons for Defendant Nathaniel Johnson.

2. The United States Marshal is directed to serve Defendant Johnson with a summons and a copy of the complaint (with any attachments) (*Doc. 2*), without requiring prepayment of fees and costs or security. Service for Defendant Johnson should be through the Crittenden County Detention Facility, 350 AFCO Road, West Memphis, Arkansas 72301.

SO ORDERED 12 September 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, the Court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).