IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SADIOUS E. K. LEWIS                                                PLAINTIFF
#2012418

v.                          No. 2:25-cv-179-DPM-ERE

NATHANIEL JOHNSON, Correctional                    DEFENDANT
Officer, Crittenden County Sheriff's
Department

ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 4*, and overrules Lewis's objections, *Doc. 7*. Fed. R. Civ. P. 72(b)(3). The issue is whether some policy, custom, or practice of Crittendon County caused Lewis's injuries in the alleged incident with Officer Johnson. How Chief Bonner and Administrator Thomas allegedly handled Lewis's grievances after incident doesn't create a plausible official-capacity claim. The official capacity claim is therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 October 2025